**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2006

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| MARCUS RAYMOND BRESLER, 1169336, § | |
| Petitioner, § | |
| § | No. 3:04-CV-2046-B |
| v. § | |
| § | |
| DOUGLAS DRETKE, DIRECTOR, TDCJ-CID, § | |
| Respondent. § | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 6th day of July, 2006.

_____
JANE BOYLE
UNITED STATES DISTRICT JUDGE